**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-1571**

———————————

JOHN PAUL TURNER,

                            Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                            Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (MISC-02-44-7)

———————————

Submitted:  June 24, 2003              Decided:  July 8, 2003

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Paul Turner, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders denying his motion for leave to proceed in forma pauperis and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Turner v. United States, No. MISC-02-44-7 (W.D. Va. Oct. 17, 2002; May 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2